## Commonwealth *v.* Bynum, Appellant.

Argued December 4, 1974. *James Thomas Lynn,* with him *Speese, Kephart & Bongiovanni,* for appellant; *Frank Froncek,* Assistant District Attor-

ney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN DER VOORT, J., absent.